THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KRAMERS METRO MAILING SERVICE, INC., an Oregon corporation, <br><br> Defendant. | NO. 2:22-cv-01287-TL <br><br> ORDER GRANTING MOTION TO CONTINUE DEFAULT JUDGMENT DUE DATE |

THIS MATTER having come on to be heard on the Plaintiff's Motion to Continue Default Judgment Due Date, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., requesting a 90-day continuance to February 2, 2023, to give Plaintiff's counsel time to serve the Subpoena Duces Tecum subpoenaing the Defendant to deliver the requested records listed in the attachment to the Subpoena Duces Tecum, to give Defendant time to provide the requested records, and to give the Plaintiff's auditor time to review the records. Plaintiff will also use the 90-day continuance to attempt to resolve the claims of this lawsuit.

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Plaintiff's Motion to Continue Default Judgment Due Date has been granted as follows:

Deadline for moving for Default Judgment ……………..February 2, 2023

DATED this 8th day of November, 2022.

*Tana Lin*
Tana Lin
United States District Judge